# Court of Appeals
# of the State of Georgia

ATLANTA,___August 04, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1884.  BOONE v. THE STATE.**

This pro se appeal from the dismissal of Rebecca Boone's notice of appeal concerning her guilty plea was docketed on June 3, 2015, such that Boone's initial brief was due on June 23, 2015. See Court of Appeals Rule 23 (a) (an appellant's brief "shall be filed within 20 days after the appeal is docketed. Failure to file within that time, unless extended upon motion for good cause shown, may result in the dismissal of the appeal"). Boone did not move for an extension of time or file a brief on or before June 23, however. See id. (an appellant's motion for extension of time "must be filed prior to the date the documents are due or the Court may dismiss the appeal"). Instead, on July 7, 2015, and without leave from this Court, Boone filed a 50-page brief which does not make any citation to the appellate record and to which are attached an additional 8 pages of documents. See Rules 24 (g), 25 (c) (2) (i).

Because Boone filed an untimely and non-conforming initial brief without leave from this Court, this appeal is DISMISSED. Rule 23 (a).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,_____08/04/2015_____*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*